**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2022, I caused the foregoing Answer to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System. The NEF for the foregoing specifically identifies recipients of electronic notice.

*/s/    Christopher D. Loizides*
Christopher D. Loizides