# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, et al.,<br><br>               Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, *et al.*,<br><br>               Plaintiff,<br><br>v.<br><br>BERNHARDT FURNITURE COMPANY,<br><br>               Defendant. | Adv. Proc. No. 22-50179 (CSS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Scott E. Blakeley, Esq., of Blakeley LC 530 Technology Drive, Suite 100, Irvine, California 92618 to represent Bernhardt Furniture Company, in this action.

Dated: March 29, 2022　　　　LOIZIDES, P.A.
Wilmington, Delaware　　　　*/s/ Christopher D. Loizides*
　　　　　　　　　　　　　　Christopher D. Loizides , Esq. (DE Bar No. 3968)
　　　　　　　　　　　　　　1225 King Street, Suite 800
　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　(302) 654- 0248
　　　　　　　　　　　　　　loizides@loizides.com

## CERTFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this

Court's Local Rules and with the Standing Order for District Court Fund effective 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court.

Dated: March 29, 2022       BLAKELEY LC
                            */s/ Scott E. Blakeley*
                            Scott E. Blakeley, Esq. (CA Bar No. 141418)
                            530 Technology Drive, Suite 100
                            Irvine, CA 92618
                            (949) 260-0611
                            SEB@BlakeleyLC.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: March 30th, 2022**        **CHRISTOPHER S. SONTCHI**
**Wilmington, Delaware**           **UNITED STATES BANKRUPTCY JUDGE**