CTG

POLICY FIND
Insurance
ARCHEOLOGY SERVICES

RECEIVED

2026 AUG 24 A 11: 31

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

08/18/2026

Clerk's Office
United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801

**Re: Public Judicial Records Request — Giuliano v. Bernhardt Furniture Company, Adversary Proceeding No. 22-50179-CSS**

Dear Clerk of Court:

PolicyFind is conducting corporate and insurance research concerning Bernhardt Furniture Company. We respectfully request copies of the publicly available records in *Giuliano v. Bernhardt Furniture Company*, Adversary Proceeding No. 22-50179-CSS.

Please provide:

1. The complete adversary-proceeding docket and cover sheet;
2. The complaint, amended complaint, summons, proof of service, answer, affirmative defenses, counterclaims, motions, briefs, declarations, and exhibits;
3. Any demand letters, transaction schedules, payment histories, invoices, contracts, preference or avoidance analyses, and defenses filed with the Court;
4. Discovery materials, deposition excerpts, hearing transcripts, stipulations, orders, opinions, settlement agreements, releases, dismissal papers, and judgments that are part of the public record;
5. Any insurance policies, indemnity agreements, tenders, reservation-of-rights materials, insurer correspondence, or documents identifying carriers, brokers, or entities responsible for defense or settlement expenses; and
6. Public records from the related parent bankruptcy case concerning Bernhardt Furniture Company, including any proof of claim, claim transfer, claims-register entry, objection, settlement, or scheduled contract.

Please confirm the parent bankruptcy case number, debtor name, and the identity and contact information of any court-appointed claims and noticing agent holding additional public claim records.

825 North Capitol Avenue
Indianapolis, IN 46204
www.policyfind.com

POLICY FIND
Insurance
ARCHEOLOGY SERVICES

Ordinary, uncertified PDF copies are preferred. If the file is voluminous, please first provide the docket and an estimated copying charge. Please do not incur charges without prior written approval.

If any records have been transferred, archived, sealed, or destroyed, please identify their docket entry, transfer information, or present status.

Thank you for your assistance.

Sincerely,

James A. Pawlish

James A. Pawlish
**PolicyFind** | 825 N Capitol Ave, Indianapolis, IN 46204
Direct 415.260.3145 | jpawlish@policyfind.com

July 16, 2026

To Whom It May Concern,

This letter confirms that PolicyFind has been retained by **Ms. Jenna Kiziah McGee, Partner, Parker Poe Adams & Bernstein LLP**, **c/o Bernhardt Furniture Company,** to identify, obtain, and document records pertaining to historical liability insurance coverage issued to Bernhardt Furniture Company and its subsidiaries in Lenoir, North Carolina.

Bernhardt Furniture Company hereby authorizes PolicyFind, including its employees, agents, and designated representatives, to request, receive, review, and copy any records in your possession that relate to insurance placed for or issued to Bernhardt Furniture Company.

This authorization includes, without limitation, access to the following materials:

• Certificates of insurance, declaration pages, binders, policy jackets, endorsements, schedules, and renewals
• Historical loss runs, claim files, correspondence, notices, and underwriting or brokerage files
• Ledger entries, invoice histories, audit reports, or other business records identifying policy numbers, carriers, brokers, or coverage terms

You may release responsive information directly to PolicyFind in electronic or hard-copy form. Photocopies, scans, certified copies, and electronically stored records shall be considered as valid as originals for purposes of this authorization.

This authorization applies to insurers, reinsurers, third-party administrators, brokers, agents, records custodians, archives, and any other entities or individuals that may possess responsive materials. Your cooperation with PolicyFind's requests is appreciated so that this investigation may be completed efficiently on behalf of Bernhardt Furniture Company.

If you have any questions regarding this authorization, please contact the undersigned. Thank you for your courtesy and assistance.

Sincerely,

Jenna Kiziah McGee
Partner
Parker Poe Adams & Bernstein LLP
850 Morrison Drive, Suite 400
Charleston, South Carolina 29403
*Via email:* jennamcgee@parkerpoe.com